**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANTHONY BROWN,**

               **Plaintiff,**

      **v.**                                      **9:12-CV-1720**

**S. MEINECKE, et al.,**

               **Defendants.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| ANTHONY BROWN<br>56283-019<br>Big Sandy U.S. Penitentiary<br>P.O. Box 2068<br>Inez, KY 41224<br>Plaintiff, *pro se* | |
| HON. ERIC T. SCHNEIDERMAN<br>New York State Attorney General<br>State of New York<br>The Capitol<br>Albany, New York 12224<br>Attorney for Defendants | GREGORY J. RODRIGUEZ, ESQ.<br>Assistant Attorney General |

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### **ORDER**

      The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 24th day of February 2015. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 69) is granted and all remaining claims set forth in plaintiff's complaint are dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 20, 2015
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge